# United States Court of Appeals
## For the First Circuit

No. 24-1234

RONALD SATISH EMRIT,

Plaintiff - Appellant,

v.

SEAN "P. DIDDY" COMBS; BAD BOY ENTERTAINMENT; ATLANTIC RECORDS,

Defendants - Appellees.

**MANDATE**

Entered: April 30, 2024

In accordance with the judgment of April 8, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ronald Satish Emrit